# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>    PLAINTIFF,<br>v.<br><br>QUAN NGUYEN AND BINH NGUYEN, individually, and "SUPER 6" TOKYO AUTO SERVICES, INC., a corporation,<br><br>    DEFENDANTS. | CIVIL ACTION NO. 1:17-cv-689 MCA/JHR<br><br><br>MOTION FOR APPROVAL AND ENTRY OF JUDGMENT AND INJUNCTION |

    The parties to the above captioned matter have resolved all issues before the Court and have entered into a Consent Judgment and Injunction (Attachment 1). Plaintiff is authorized by counsel for Defendants to represent he concurs with this motion. Therefore, the parties jointly request the Court approve and enter the attached Consent Judgment and Injunction signed by Defendants.

    Dated this 15th day of December, 2017.

                                        Respectfully submitted,

                                        Nicholas C. Geale, Solicitor of Labor
                                        James E. Culp, Regional Solicitor
                                        John Rainwater, Associate Regional Solicitor
                                        Lydia Tzagoloff, Trial Attorney and Special
                                               Assistant United States Attorney

                                        */s/ Karen E. Bobela*
                                        _____
                                        Karen E. Bobela, Trial Attorney

                                        United States Department of Labor
                                        Attorneys for Plaintiff